UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. MJ09-377 |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| MARCUS LAMONT WEATHERSPOON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offenses charged</u>:

     Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)

<u>Date of Detention Hearing</u>:   August 10, 2009

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

     (1)    Defendant has a criminal history including obstruction, resisting arrest, assault and robbery in the 1st degree.

     (2)    Defendant has substance abuse issues.

     (3)    Defendant has 18 failures to appear or probation violations, reflecting

01 unwillingness or the inability to comply with Court orders.

02     (4)    There appear to be no conditions or combination of conditions other than

03 detention that will reasonably address the risk of flight.

04     IT IS THEREFORE ORDERED:

05     (1)    Defendant shall be detained pending trial and committed to the custody of the

06     Attorney General for confinement in a correctional facility separate, to the

07     extent practicable, from persons awaiting or serving sentences or being held in

08     custody pending appeal;

09     (2)    Defendant shall be afforded reasonable opportunity for private consultation

10     with counsel;

11     (3)    On order of a court of the United States or on request of an attorney for the

12     government, the person in charge of the corrections facility in which

13     defendant is confined shall deliver the defendant to a United States Marshal

14     for the purpose of an appearance in connection with a court proceeding; and

15     (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

16     counsel for the defendant, to the United States Marshal, and to the United

17     States Pretrial Services Officer.

18     DATED this 10th day of August, 2009.

19

20     *James P. Donohue*

21     JAMES P. DONOHUE
    United States Magistrate Judge

22

23

24

25

26

DETENTION ORDER     15.13
18 U.S.C. § 3142(i)     Rev. 1/91
PAGE 2